```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EDWARD B. HUBBUCH,                                          :
                                                            :
                            Plaintiff,                      :
                                                            :   25-CV-406 (VSB) (RWL)
            - against -                                     :
                                                            :
CAPITAL ONE, N.A. and JOHN DOE STAFF                        :   ORDER
ATTORNEY NO. 1,                                             :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

If Plaintiff wishes to reply to Defendant's letter dated January 27, 2025, at Dkt. 14, such reply must be filed by February 5, 2025. In the absence of a reply, the Court will resolve Plaintiff's motions at Dkts. 9-13 on the current record.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 28, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1