UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                               :

EDWARD B. HUBBUCH,                     :

                                Plaintiff,    :
                                                     :       25-CV-406 (VSB) (RWL)
                     -against-            :
                                                     :       **ORDER**

CAPITAL ONE, N.A. *and* JOHN DOE STAFF :
ATTORNEY NO. 1,                          :

                                      Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff Edward Hubbuch has filed a motion seeking a temporary restraining order ("TRO") against Defendant Capital One, N.A., ("Capital One") in the above-captioned case. (Doc. 54.) Capital One is directed to submit its opposition to Plaintiff's motion for a TRO on or before May 30, 2025. Plaintiff is directed to submit his reply, if any, on or before June 4, 2025. Notwithstanding this order, the parties are welcome to meet and confer and submit a joint briefing schedule if a different schedule would be preferable.

SO ORDERED.

Dated:    May 22, 2025
              New York, New York

                                                                    _____
                                                                    VERNON S. BRODERICK
                                                                    United States District Judge