UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
EDWARD B. HUBBUCH,                                              :
:
                    Plaintiff,        :
:   25-CV-406 (VSB) (RWL)
      - against -                                       :
:
CAPITAL ONE, N.A. and JOHN DOE STAFF          :   **ORDER**
ATTORNEY NO. 1,                                                 :
:
                    Defendants.      :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      In light of Plaintiff's having provided notice at Dkt. 80 of withdrawal of his renewed motion for temporary restraining order, the renewed motion is deemed withdrawn. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 76.

                                            SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: July 31, 2025
        New York, New York

Copies transmitted this date to all parties.