UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDWARD B. HUBBUCH,

Plaintiff,

-against-

CAPITAL ONE, N.A., JOHN DOE STAFF ATTORNEY NO. 1, and FUNDING METRICS LLC,

Defendants.
---------------------------------------------------------------X

Civ. A. No. 25-cv-00406-VSB-RWL

**NOTICE OF MOTION FOR RULE 11 SANCTIONS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of law, and upon all prior pleadings and proceedings had herein, Defendant FUNDING METRICS, LLC ("Funding Metrics") will respectfully move this Court, before the Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse for the Southern District of New York located at 40 Foley Square, Courtroom 518, New York, New York 10007, on a date and time to be determined by the Court:

1. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, for dismissal of the claims against Funding Metrics, and for sanctions against Plaintiff for filing and persisting with asserting baseless and frivolous claims against Funding Metrics in this forum after having litigated and lost in state court on the very allegations and claims asserted herein, and despite the state court's order prohibiting Plaintiff from filing without meeting certain pre-conditions, which have not been met;
2. For such further relief as this Court deems just and proper in the circumstances.

PLEASE TAKE FURTHER NOTICE that pursuant to SDNY Local Rule 6.1(b), opposition papers shall be served on or before October 4, 2025, and any reply papers shall be served within seven days after service of the answering papers.

Dated: September 20, 2025

/s/ Christopher R. Murray
Christopher R. Murray, Esq.
Murray Legal, PLLC
Attorneys for Defendant
*Funding Metrics LLC*
170 Old Country Rd., Suite 608
Mineola, New York 11501
Tel: 516-260-7367
E-Mail: cmurray@murraylegalpllc.com

***To Via ECF, Email, and U.S. Mail***:
Edward B. Hubbuch
*Pro se*
394 Lincoln Place #A5
Brooklyn, N.Y. 11238
Email: bhubbuch@gmail.com
Tel: (646) 544-7597