```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDWARD B. HUBBUCH,                              :
                                                :
                        Plaintiff,              :
                                                :
        - against -                             :       25-CV-406 (VSB) (RWL)
                                                :
CAPITAL ONE, N.A. and JOHN DOE STAFF            :
ATTORNEY NO. 1,                                 :       ORDER
                                                :
                        Defendants.             :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's motion at Dkt. 114 to seal and/or strike information and photographs filed as part of an affidavit of service on Plaintiff filed by Defendants is DENIED. It is routine for a party's address to be identified in an affidavit of service and for such affidavits to be filed publicly. Moreover, Plaintiff's address is already a matter of public record. The photo of the external building intercom does not implicate any privacy interest as that information is displayed publicly (and, in any event, displays only first names and initials of last names, not full last names). The photo of Plaintiff's receipt of service at his apartment door with the door open is merely further proof of service. The affidavit of service is a judicial document to which there is a presumption of public access. Although that presumption may be of lesser weight than for some other materials such as exhibits on a motion for summary judgment, Plaintiff has not identified any privacy interest that outweighs the presumption of public access.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 114.


SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2025
      New York, New York

Copies transmitted this date to all parties.