**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

EDWARD B. HUBBUCH,

Plaintiff,

-against-

25 **CIVIL** 406 (VSB)(RWL)

# JUDGMENT

CAPITAL ONE, N.A. and JOHN DOE
STAFF ATTORNEY NO. 1,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 25, 2026, the Court has ADOPTED Magistrate Judge Lehrburger's Report in full. Thus, Capital One's motion to dismiss is hereby GRANTED. Funding Metrics' motion to dismiss is GRANTED. Funding Metrics' motion for sanctions is GRANTED IN PART and DENIED IN PART. Plaintiff's motion for leave to file a sur-reply is DENIED. Plaintiff's motion for sanctions is DENIED. Plaintiff's motions for sanctions and to disqualify Funding Metrics' attorney are DENIED as moot. In addition, a limited filing injunction shall be entered requiring Plaintiff to seek leave from this Court before filing any new action or claims against Funding Metrics about the Agreement or the May 12, 2025 state court judgment against him in any federal court. (See Rep. 72.). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**